IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS, AUSTIN
DIVISION

| | |
|---|---|
| DOSS CUNNINGHAM<br>   *Plaintiff*<br><br>vs.<br><br>HAMPTONS YACHT CLUB, LLC,<br>HAMPTONS YACHT GROUP<br>HAMPTON YACHT CHARTERS, HYC CHARTERS, LLC, HYC HOLDING, LLC,<br>WESTLEA YACHTS, LLC,<br>WESTLEA SECURITIES, LLC,<br>WESTLEA HOLDINGS, LLC,<br>AND JOHN HOTTE<br>   *Defendants* | Civil Action No. 1:22-cv-00609 |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AGAINST ALL DEFENDANTS**

Under Federal Rule of Procedure 55, Plaintiff respectfully asks the Court for entry if default against all nine (9) of the defendants.

1. Plaintiff filed a complaint seeking affirmative relief on June 6, 2022.

2. Plaintiff served his Original Complaint on the nine (9) Defendants on the dates as shown below:

    1) Hampton Yacht Club, LLC- August 15, 2022.

    2) Hamptons Yacht Group-July 16, 2022.

    3) Hamptons Yacht Charters-July 16, 2022.

    4) HYC Charters, LLC-July 16, 2022.

    5) HYC Holdings, LLC-July 16, 2022.

    6) Westlea Yachts, LLC-July 16, 2022.

    7) Westlea Securities, LLC-July 16, 2022.

      8) Westlea Holdings, LLC-July 16, 2022.

      9) John Hotte In New York on August 9, 2022, and in New London Connecticut September 15, 2022.

Copies of the Process Server's file marked sworn proofs of service of Plaintiffs Original Complaint and summons, showing personal service on each of the Defendants as shown therein are attached for the Court's review as Exhibit "A." Further, a declaration from Plaintiff's counsel, Guillermo Ochoa-Cronfel, attesting to same is attached hereto as Exhibit "B".

**3.** John Hotte ("Hotte") is the only Defendant that is a live individual person. Hotte is not currently in the military Service.[1]

**4.** As the Defendants have still not answered or appeared, and their deadlines to do so have long passed, Plaintiff respectfully requests that the Court enter default against each one of the defendants.[2]

      Respectfully submitted,
      **The Cronfel Firm**

      BY: /s/ Guillermo Ochoa-Cronfel
      Guillermo Ochoa-Cronfel
      Bar No. 15175600
      Guillermo@thecronfelfirm.com
      7500 Rialto Blvd. Bldg. 1, Ste. 250
      Austin, TX 78735
      Telephone: (512) 347-9600
      Facsimile: (512)) 347-9911
      ATTORNEY FOR DOSS CUNNINGHAM

---

[1] See the Status Report Pursuant to the Service Member's Civil Relief Act attached hereto as Exhibit C.
[2] Since many of the Defendants have been served with the Summons on different dates there are obviously different answer date deadlines. However, the Defendant which was last served was John Hotte on September 15, 2022.