UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Doss Cunningham, § § | |
| v. § § | Case No. 1-22-CV-00609-JRN |
| Hamptons Yacht Club, LLC, § Hamptons Yacht Group, Hampton § Yacht Charters, HYC Charters, LLC, § HYC Holding, LLC, Westlea Yachts, § LLC, Westlea Securities, LLC, § Westlea Holdings, LLC, John Hotte § | |

**FINAL JUDGMENT**

On October 2, 2024, the Court granted in part and denied in part Plaintiff Doss Cunningham's motion for default judgment (Dkt. 35). Because nothing remains to resolve, the Court enters the following Final Judgment under Federal Rule of Civil Procedure 58.

It is **ORDERED** that Doss Cunningham shall recover the following sums against defendants: (1) $100,000 in breach-of-contract damages; (2) pre-judgment interest on the amount of $100,000 at a rate of 8% from June 22, 2022, until entry of judgment; and (3) post-judgment interest on the total damages award at a rate of 3.91% from the entry of judgment until paid in full.

It is further **ORDERED** that this case is **CLOSED.**

Signed this 2nd day of October, 2024.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE